UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>IHOP PROPERTY LLC,<br><br>    Defendant. | Case No. 8:18-CV-00572<br><br>**NOTICE OF SETTLEMENT** |

    Defendant, IHOP Property LLC, on behalf of all of the parties herein, hereby gives Notice of Settlement pursuant to Rule 41.1 of the General Rules of the United States District Court for the District of Nebraska. Plaintiff's attorney has given permission to file this document. In accordance with NEGenR 41.1, the parties will file, within thirty (30) calendar days, all documents necessary to effectuate the settlement and terminate this action.

    Dated this 22nd day of July, 2019.

                                                IHOP PROPERTY LLC, Defendant,

                                                By: */s/ Michael C. Cox*
                                                    Michael C. Cox, #17588
                                                    John V. Matson, #25278
                                                    KOLEY JESSEN P.C., L.L.O.
                                                      One Pacific Place, Suite 800
                                                      1125 South 103rd Street
                                                      Omaha, NE 68124-1079
                                                      (402) 390 9500
                                                      (402) 390 9005 (facsimile)
                                                      Mike.Cox@koleyjessen.com
                                                      John.Matson@koleyjessen.com

                               Attorneys for Defendant.

4811-1408-5533.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Padraigin L. Browne
Browne Law LLC
8530 Eagle Point Blvd., Suite #100
Lake Elmo, MN 55042
Paddy@brownelawllc.com

            */s/ Michael C. Cox*
            Michael C. Cox

4811-1408-5533.1