## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MELANIE DAVIS,

                  Plaintiff,

vs.

IHOP PROPERTY LLC,

                  Defendant.

8:18-CV-572

JUDGMENT

On the parties' Stipulation of Dismissal with Prejudice (filing 17), this case is dismissed with prejudice, each party bearing its own costs and fees.

Dated this 26th day of August, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge